AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 21, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| ADAM DRAPER | STAFF COUNSEL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sec. Ed Schafer
U.S. Dept. of Agriculture
1400 Independence Ave, SW
Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _M. Young_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): M. Young
C. Date of Delivery: 7-21-08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0001 5739 0419

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.