**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br>1400 Eye Street, N.W.<br>Suite 450<br>Washington, D.C. 20005<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE<br>Washington, D.C. 20528<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-1215 (EGS) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Special Assistant United States

Attorney Cindy S. Owens as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/
CINDY S. OWENS, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov