UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY<br>2000 P Street N.W., Suite 240<br>Washington, D.C. 2000236<br><br>         Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE<br>Washington, D.C.<br><br>         Defendant. | Civil Action No. 08-1215 (EGS) |

**CONSENT MOTION FOR AN EXTENSION OF TIME**

The Defendant respectfully moves the Court, pursuant to Fed. R. Civ. P. 6(b), to extend the time for Defendant to respond to the complaint by 30 days up to, and including, September 19, 2008. Defendant will respond to the complaint no later than September 19, 2008.

Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel, consented to this Motion. There is good cause for the Court to grant this Motion.

Defendant has good cause to seek this extension of time. The undersigned counsel has been preparing for a trial originally set for August 25, 26 and 27 and September 3, however the parties settled the case today. The preparation for this trial has taken up much more of the undersigned counsel's time than anticipated. Furthermore, agency counsel assigned this case has been out of the office since August 8 and will not return until August 21, 2008 which has prevented Defendant from conferring with agency counsel in formulating its response. For these reasons, Defendant respectfully requests an extension of 30 days to answer or otherwise respond

to the complaint.

Dated: August 20, 2008	Respectfully submitted,

   /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

   /s/
CINDY OWENS, D.C. BAR # 491465
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-2257
(202) 514-8780 (fax)
cindy.owens@usdoj.gov